# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131111(92)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

WILLIAM A. WILLIS,
     Defendant-Appellant.

SC: 131111
COA: 243439
Wayne CC: 02-000492-01

_____/

On order of the Court, the motion for reconsideration of this Court's September 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WEAVER, J., would grant reconsideration and, on reconsideration, would reverse this Court's September 29, 2006 order reversing the Court of Appeals and trial court decisions and remanding to the trial court for a new trial, and would affirm defendant's jury convictions of second degree murder and felony firearm.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007 _____

d0122
                                                  Clerk